Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of Oregon

Portland Division

Aurelio Escobar
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Jackson County Sheriffs, Medford Police Department, Brent Headnul, Ben Weaver, & Josh Doney
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-01845-AN
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Aurelio Escobar
All other names by which you have been known:
ID Number: 22268392
Current Institution: Snake River Correctional Institution
Address: 777 Stanton Blvd
Ontario, OR 98914
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jackson County Sheriff's Office
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
Medford, OR 97501
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Medford Police Department
Job or Title *(if known)*:
Shield Number:
Employer:
Address:
Medford, OR 97501
City / State / Zip Code
[ ] Individual capacity  [X] Official capacity

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Brent Hegdahl
Job or Title (if known): Sheriffs Officer
Shield Number:
Employer: Jackson County Sheriffs Office
Address: Medford, OR 97501
City / State / Zip Code
☒ Individual capacity  ☒ Official capacity

**Defendant No. 4**
Name: Josh Doney
Job or Title (if known): Medford Police
Shield Number:
Employer: Medford Police Department
Address: Medford, OR 97501
City / State / Zip Code
☒ Individual capacity  ☒ Official capacity

Note: SEE Attached For More Named Defendant(s).

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th Amendment & 8th Amendment of the U.S. Constitution, Article 1 Subsection 16 & Article 1 Subsection 9 of the Oregon Constitution

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? NA

B. The Defendant(s), (Cont'd)

Defendant No. 5.
 Name: Ben Weaver
 Job or Title: Sheriffs Officer
 Shield Number:
 Employer: Jackson County Sheriffs office
 Address:
  Medford     OR      97501
  (City)     (State)   (Zip Code)

Exibit 1

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. AFTER A Highspeed Chase A PitManeuver Rendered My Vehicle Inoperable. At this point my HANDS are on the Steering wheel, No weapons In sight, Posing no threat. And with **Out** Provocation, Officer Ooney Proceeded to OPEN Fire upon Me From Behind while seated In my vehicle, And Struck Me Multiple times. At the Same time Officer Hegdahl Proceeded to OPEN Fire upon Me as well and From Behind Struck Me Multiple times.

NOTE: SEE Attached For More.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☒ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.
In The City of Medford. Oregon State. In Cross Streets Dakota & Columbus. Ave on or about August Eleventh 2021.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

## II. Basis of Jurisdiction (cont'd)

D: officer Weaver also durring this Encounter opened Fire and Struck Me From behind aswell Multiple times.

Exibit 2

C. What date and approximate time did the events giving rise to your claim(s) occur?

August 11, 2021 at Around 7-8 A.M

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The Defendants Fired their wepons at me and Hit me Ten times. Eight to the Back & Shoulder Area, One To the Back of My head, and Another to My Right ARM. They tried Justifying themselfs By saying I shot At them. But At Trial AFter the Jury Reviewed the Evidence, I was Acquitted on Three Counts of Attempted Murder on Law Enforcement. Only People Were Law Enforcement, That Were Present During the Incident.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. The Eight Shots to Back & Shoulder Made me go into Surgery Three Different times. The Bullet to the Back of My Head took weeks to Remove In the Hospital. And now I suffer Memorie Problems & Lose of Hearing. My Right Arm HAd two Surgerys. one immediatly After Being Emitted And the Second was A skin Graph weeks After That Made A Big scar that Looks Like A Burn Mark 12 inches Long up & Down. Also the County Jail never gave me Physical therapy Like the Hospital ordered.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. I want the Court to grant me A Monetary Relief of 4Million U.S Dollars. ($4,000,000.00—). I HAVE ALOT OF Hospital Bills to Pay For All my Surgeries. The County did NOT Pay For them. Also I Now Suffer LIFE Long injuries. My Shoulder never Heald, It is Still Broken. The Head Injury Is Causing Me Problems too. Memorie And Hearing. & Loss of nerves to my Arm. Nerve Damage that Is Permanent.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☒ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☒ Do not know

If yes, which claim(s)?

**Form 39.010**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

   N/A

2. What did you claim in your grievance?

   N/A

3. What was the result, if any?

   N/A

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   N/A

Form 39.010

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: This DID not happen in A Facility.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Sent tort claim to risk Management January 2025 By mail to Salem, OR. Has not responded As of today. Also sent "DAS risk Management" A copy of claim that I sent in January 2025 to them Again In February 2025.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _____

3. Docket or index number
   _____

4. Name of Judge assigned to your case
   _____

5. Approximate date of filing lawsuit
   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No
   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment? No

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3. Docket or index number

    _____

4. Name of Judge assigned to your case

    _____

5. Approximate date of filing lawsuit

    _____

6. Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-7-25

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Aurelio Escobar
Prison Identification #: 22268392
Prison Address: 777 Stanton Blvd
Ontario, OR 97914

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City, State, Zip Code: _____
Telephone Number: _____
E-mail Address: _____

## CERTIFICATE OF SERVICE

CASE NAME: Escobar v. JCS, MPD, Hegdahl, Weaver, Doney

CASE NUMBER: (if known) _____

COMES NOW, Aurelio Escobar, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Snake River Correctional Institution.

That on the 7th day of October, 2025, I personally placed in the Correctional Institution's mailing service A TRUE COPY of the following:

Certificate of Service, Complaint For Violation of Civil Rights, Application to Proceed IN Forma Pauperis, Order to Proceed without Paying Fees or Costs, Civil Cover Sheet, Motion For Appointment of Counsel, AIC Trust Account Records, Exibits 1, 2.

I placed the above in a securely enclosed, postage prepaid envelope, to the person(s) named at the places addressed below:

E-Filed to: U.S District Court, Portland Division, 1000 SW Third Ave Suite 740 Portland, OR 97204-2902

(Signature)

Print Name Aurelio Escobar
S.I.D. No.: 22208392
SRCI
777 Stanton Blvd
Ontario, OR 97914

Page 1 of 1 – Certificate of Service                Form 03.015